## STATE OF CONNECTICUT *v.* GILBERT G. ELY III

The defendant's petition for certification for appeal from the Appellate Court, 45 Conn. App. 919 (AC 12713), is denied.

*Louis S. Avitabile,* in support of the petition.

*Ellen A. Jawitz,* deputy assistant state's attorney, in opposition.

Decided September 18, 1997

## ARSEN LAZAROS ET AL. *v.* CITY OF WEST HAVEN ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 45 Conn. App. 571 (AC 14376), is denied.

*Charles A. Sherwood,* in support of the petition.

*Joseph L. Rini* and *Bradford J. Rieger,* in opposition.

Decided September 18, 1997

## STATE OF CONNECTICUT *v.* MUHDYASIM ABDALAZIZ

The state of Connecticut's petition for certification for appeal from the Appellate Court, 45 Conn. App. 591 (AC 14625), is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*Paul J. Ferencek,* assistant state's attorney, in support of the petition.

*Susan M. Hankins,* assistant public defender, in opposition.

Decided September 18, 1997